**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 21-14027-CR-CANNON**

**UNITED STATES OF AMERICA,**

v.

**ROBERT ALAN PIRSON,**

Defendant.

_______________________________/

**ORDER ACCEPTING REPORT AND RECOMMENDATION WITH CLARIFICATION AND DENYING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE**

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Brandy Brentari Galler on Defendant's *pro se* Motion for Modification of Supervised Release to allow minor contact with adult supervision [ECF No. 60]. No objections to the Report have been filed, and the time to do so has expired. Upon review of the Report and the full record [ECF Nos. 57, 59–60, 63], it is **ORDERED AND ADJUDGED** as follows:

1. The well-reasoned Report and Recommendation [ECF No. 60] is **ACCEPTED** with a minor clarification. Defendant's wife, Dara Pirson, recently filed a motion on behalf of her husband in which she asks that he be permitted to attend a four-hour Monster Trucks holiday event on December 5, 2026, with their children and grandchildren [ECF No. 64]. The Court denied that request because Defendant's wife is not a party to this proceeding and cannot file motions [ECF No. 65]. **Nevertheless, to the extent Defendant wishes to file a motion for one-time travel and family visitation, the Court will consider such a request on an**

**individual basis, provided Defendant files a proper motion and consults with U.S. Probation prior to doing so**. Nothing in this Order shall be construed as a ruling on any such future motion, if one is filed.

2. Defendant's *pro se* Motion for Modification of Supervised Release [ECF No. 57] is **DENIED** for the reasons stated in the Report and Recommendation.

3. The Clerk is directed to **MAIL** a copy of this Order to pro se Defendant at his address of record.

**ORDERED** in Chambers at Fort Pierce, Florida, this 6th day of November 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

Robert Alan Pirson
960 S.E. Waterside Way
Stuart, Florida 34997